

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2020

No. 04-19-00754-CV

**VERDE ENERGY SOLUTIONS LLC** and Robert Thomae,
Appellants

v.

**SGET DUVAL OIL, LLC,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-19-230
Honorable Baldemar Garza, Judge Presiding

# O R D E R

On January 8, 2020, appellants filed a notice, stating they "have fully complied with the trial court's temporary injunction. Therefore, this interlocutory appeal is moot." On January 14, 2020, appellee filed a response, arguing the appeal is not moot because appellants have not fully complied with the temporary injunction order.

We retain this appeal on this court's docket. The appellants' brief is currently past due. Appellants are **ORDERED** to file their brief and a written response reasonably explaining their failure to timely file the brief **by February 5, 2020**. If, instead, appellants seek to have this appeal voluntarily dismissed, they must file a motion that complies with Texas Rule of Appellate Procedure 42.1(a)(1) by **January 31, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court